| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Petitioner |
| | JEREME DAVIS |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 2:13-mj-342 EFB |
| | Plaintiff, | **STIPULATED REQUEST TO CONTINUE FURTHER STATUS CONFERENCE; [lodged] ORDER** |
| v. | | |
| JEREME DAVIS, | | Judge: Honorable EDMUND F. BRENNAN |
| | Defendant. | |

Pursuant to Local Rule 144, Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Special Assistant U.S. Attorney Michael D. Stanley, and Defendant, JEREME DAVIS, by and through his attorney Assistant Federal Defender David M. Porter, hereby request that the further status conference currently set for December 9, 2013, be continued to Monday, January 6, 2014, at 10:00 a.m. The parties request the Court enter the order lodged herewith.

/////

/////

/////

/////

/////

/////

/////

Dated: December 6, 2013

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>U.S. Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Michael D. Stanley*<br>MICHAEL D. STANLEY<br>Special Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | Attorneys for Defendant<br>JEREME DAVIS |

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefor, it is hereby ordered that the further status conference currently set for December 9, 2013, be CONTINUED to Monday, January 6, 2014, at 10:00 a.m.

Dated: December 9, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE